MARY C. MCNAMARA, Appellant, v. NEW YORK STATE RAILWAYS, Defendant.

METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK. Respondent.

(Submitted October 19, 1931; decided October 20, 1931.)

*Carlton F. Bown* for motion.

*Percival D. Oviatt* opposed.

Motion granted .and appeal dismissed, with costs and ten dollars costs of motion.